No. 96–1127.  UNITED STATES v. EXXON CORP. AND SUBSIDIARIES.  C. A. Fed. Cir.  Certiorari denied.

No. 96–1129.  MOSCHETTI v. MARYLAND.  Cir. Ct. Howard County, Md.  Certiorari denied.

No. 96–1130.  VINCI v. WASTE MANAGEMENT, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 96–1131.  VOLBERG v. PATAKI, GOVERNOR OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–1135.  CITY OF DETROIT PENSION FUND ET AL. v. PRUDENTIAL SECURITIES, INC.  C. A. 6th Cir.  Certiorari denied.

No. 96–1136.  HELTON v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 96–1137.  TANCA v. NORDBERG, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF EMPLOYMENT AND TRAINING.  C. A. 1st Cir.  Certiorari denied.

No. 96–1138.  UNITED STATES EX REL. SYLVESTER v. NORTHROP GRUMMAN CORP.  C. A. 9th Cir.  Certiorari denied.

No. 96–1144.  DAVIS v. SERVICE EMPLOYEES INTERNATIONAL UNION, AFL–CIO, CLC, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 96–1145.  UGWU v. ARKANSAS.  Ct. App. Ark.  Certiorari denied.

No. 96–1155.  OVERFIELD v. BONSIGNORE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–1158.  SUAN SEE CHONG ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 11th Cir.  Certiorari denied.

No. 96–1170.  MOTHERSHED v. DURBIN ET AL.  C. A. 9th Cir. Certiorari denied.